```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                             Case No. 19-00428-RNO
Keith L. King                                                      Chapter 13
        Debtor               CERTIFICATE OF NOTICE
District/off: 0314-5         User: LyndseyPr          Page 1 of 1         Date Rcvd: Mar 05, 2019
                             Form ID: ntnew341        Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2019.
db              Keith L. King,    112 Tulip Circle,    Shohola, PA  18458-4231
5157318        +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
5157320        +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
5157321        +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5157317        +E-mail/Text: ally@ebn.phinsolutions.com Mar 05 2019 19:34:24     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
5157319         E-mail/Text: MKnitter@monroecountypa.gov Mar 05 2019 19:35:21
                 Monroe County Tax Claim Bureau,    One Quaker Plaza, Suite 104,    Stroudsburg, PA 18360-2195
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2019                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              John J. Martin    on behalf of Debtor 1 Keith L. King jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
              Kimberly D Martin    on behalf of Debtor 1 Keith L. King kmartin@martin-law.net,
               jashley@martin-law.net;r59891@notify.bestcase.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Keith L. King,

**Debtor 1**

Chapter 13

Case No. 5:19–bk–00428–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: April 1, 2019 Time: 12:00 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes–Barre, PA 18701
(570) 831–2500

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: LyndseyPrice, Deputy Clerk

Date: March 5, 2019

ntnew341 (04/18)