In re:  
Keith L. King  
       Debtor

Case No. 19-00428-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: DGeorge      Page 1 of 1      Date Rcvd: Apr 04, 2019  
                     Form ID: ntcnfhrg      Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2019.
```
db              Keith L. King,    112 Tulip Circle,    Shohola, PA  18458-4231
cr             +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
5157318        +Citicards Cbna,    Po Box 6217,    Sioux Falls, SD 57117-6217
5169205        +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
5157320        +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
5157321        +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5157317        +E-mail/Text: ally@ebn.phinsolutions.com Apr 04 2019 19:24:38      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
5157319         E-mail/Text: MKnitter@monroecountypa.gov Apr 04 2019 19:25:06
                 Monroe County Tax Claim Bureau,    One Quaker Plaza, Suite 104,    Stroudsburg, PA 18360-2195
                                                                                              TOTAL: 2
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2019                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2019 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
          John J. Martin    on behalf of Debtor 1 Keith L. King jmartin@martin-law.net,
           kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r59891@notify.bestcase.com
          Kimberly D Martin    on behalf of Debtor 1 Keith L. King kmartin@martin-law.net,
           jashley@martin-law.net;r59891@notify.bestcase.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Keith L. King,

    **Debtor 1**

Chapter     13

Case No.     5:19−bk−00428−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **April 30, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 7, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 4, 2019 |

ntcnfhrg (03/18)