United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Keith L. King

Debtor

Case No. 19-00428-MJC

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Keith L. King, 112 Tulip Circle, Shohola, PA 18458-4231 |
| aty | | Christine Kinderdine, 3232 Newmark Drive, Springboro, OH 45066 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: AISACG.COM | Apr 14 2022 22:49:00 | Ally Capital, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 14 2022 18:39:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| cr | + | EDI: PRA.COM | Apr 14 2022 22:48:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5235853 | | EDI: GMACFS.COM | Apr 14 2022 22:48:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5424251 | + | EDI: AISACG.COM | Apr 14 2022 22:49:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5157317 | + | EDI: GMACFS.COM | Apr 14 2022 22:48:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 5184171 | + | EDI: CITICORP.COM | Apr 14 2022 22:49:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5157318 | + | EDI: CITICORP.COM | Apr 14 2022 22:49:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 5182598 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 14 2022 18:39:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5157319 | | Email/Text: MKnitter@monroecountypa.gov | Apr 14 2022 18:39:00 | Monroe County Tax Claim Bureau, One Quaker Plaza, Suite 104, Stroudsburg, PA 18360-2195 |
| 5169205 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 14 2022 18:39:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5157320 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 14 2022 18:39:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 5303344 | | EDI: PRA.COM | Apr 14 2022 22:48:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5303345 | | EDI: PRA.COM | Apr 14 2022 22:48:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5157321 | + | EDI: CITICORP.COM | Apr 14 2022 22:49:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2022                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| John J. Martin | on behalf of Debtor 1 Keith L. King jmartin@martin-law.net kmartin@martin-law.net;sseana@martin-law.net;jjmartin@martin-law.net;r59891@notify.bestcase.com |
| Kimberly D Martin | on behalf of Debtor 1 Keith L. King kmartin@martin-law.net  jashley@martin-law.net;r59891@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Debtor 1 | | |
|---|---|---|
| | **Keith L. King** | |
| | First Name Middle Name Last Name | |

Social Security number or ITIN    xxx–xx–2334

EIN    _ _–_ _ _ _ _ _ _

| Debtor 2 | | |
|---|---|---|
| (Spouse, if filing) | First Name Middle Name Last Name | |

Social Security number or ITIN    _ _ _ _

EIN    _ _–_ _ _ _ _ _ _

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    5:19–bk–00428–MJC

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Keith L. King

**By the court:**

4/14/22

Mark J. Conway, United States
Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**